**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Winters,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Unknown Karnes,<br><br>　　　　　　Defendant. | No. CV-22-01490-PHX-DJH<br><br>**ORDER** |

  This matter is before the Court on the November 15, 2023, Report and Recommendation ("R&R") issued by United States Magistrate Judge James F. Metcalf (Doc. 85) regarding the November 2, 2023, Show Cause Hearing (Doc. 81). Defendants appeared at the Hearing, but Plaintiff did not. (*Id*.) Thus, Defendants requested that Judge Metcalf sanction Plaintiff by granting the "Motion for Judgment on the Pleadings" (Doc. 63) filed by Defendant Edward Carnes ("Defendant Carnes") and dismissing Plaintiff's claims with prejudice. In the R&R, Judge Metcalf recommends against dismissal with prejudice, but that appropriate sanction is dismissal *without* prejudice under Federal Rules of Civil Procedure 16(f), 37(b)(v), and 41(b). (Doc. 85 at 3–6). Judge Metcalf further advised the parties that they had fourteen days to file objections and that the failure to file timely objections "will be considered a waiver of a party's right to de novo consideration of the issues[.]" (*Id*. at 5 citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)).

  Because Defendant Carnes filed a "Request for Clarification to Court's Report and

Recommendation" (Doc. 86) fourteen days after Judge Metcalf issued the R&R, the Court will construe the Motion as an objection to the R&R.[1] Defendant Carnes seeks to correct the R&R's statement that "Defendants requested a grant of their motion for *default judgment* as a sanction," objecting that he actually filed a Motion for Judgment on the Pleadings. (Doc. 86 at 1 citing Doc. 85 at 3 ln. 4–5) (emphasis added). The Court will grant Defendant Carnes' Request for Clarification but notes the R&R's isolated typographical error is otherwise harmless. Judge Metcalf correctly referred to Defendant Carnes' Motion for Judgment on the Pleadings elsewhere in the R&R and recommended it be denied. (*See* Doc. 85 at 2, 3, 5).

The Court finds it has no independent obligation to engage in a *de novo* review of the R&R because Defendant Carnes only raised typographical, not substantive, issues in his Request for Clarification. Nonetheless, the Court has reviewed the R&R and agrees with its findings and recommendations. The Court will therefore accept the R&R and adopt Judge Metcalf's recommendation, except to the extent it referenced a "motion for default judgment." *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed. R. Civ. P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that Defendant Edward Carnes' "Request for Clarification to Court's Report and Recommendation" (Doc. 86) is **GRANTED**, as stated herein.

**IT IS FURTHER ORDERED** that Magistrate Judge Metcalf's November 15, 2023, Report and Recommendation (Doc. 85) is **ACCEPTED** and **ADOPTED** as the Order of this Court, with the one modification that the R&R at page 3 line 4 is amended to read "motion for judgment on the pleadings" instead of "motion for default judgment."

**IT IS FURTHER ORDERED** that Defendant Edward Carnes' Motion for Judgment on the Pleadings (Doc. 63) is **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITHOUT**

---

[1] Plaintiff Ashley Winters did not respond to Defendant Carnes' Request for Clarification.

**PREJUDICE** pursuant to Federal Rules of Civil Procedure 16(f), 37(b)(v), and 41(b).  The Clerk of Court is kindly directed to terminate this action accordingly.

     **IT IS FINALLY ORDERED** that Plaintiff Ashley Winters shall pay Defendants their expenses (including attorney's fees) incurred in appearing at the November 2, 2023, Show Cause Hearing (Doc. 81).  Defendants shall file an application for such expenses **by January 19, 2024.**

     Dated this 4th day of January, 2024.

                                    Honorable Diane J. Humetewa
                                    United States District Judge