**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Winters, | No. CV-22-01490-PHX-DJH |
|           Plaintiff, | **ORDER** |
| v. | |
| Unknown Karnes, | |
|           Defendant. | |

      This matter is before the Court on the Report and Recommendation ("R&R") issued by United States Magistrate Judge James F. Metcalf on February 8, 2024 (Doc. 90). In the R&R, Judge Metcalf recommends that Defendant Edward Carnes' Application for Attorneys' Fees (Doc. 88) be granted to the extent that Defendant seeks $408.50 in attorney fees incurred in appearing at the show cause hearing (Doc. 81). (*See generally* Doc. 90).

      Judge Metcalf advised the parties that they had fourteen days to file objections and that the failure to file timely objections "will be considered a waiver of a party's right to de novo consideration of the issues," and "will constitute a waiver of a party's right to appellate review of the findings of fact in an order or judgment entered pursuant to the recommendation of the Magistrate Judge." (*Id.* at 4 (citing *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) and *Robbins v. Carey*, 481 F.3d 1143, 1146-47 (9th Cir. 2007)). No objections have been filed and the time to do so has expired. Absent any objections, the Court is not required to review the findings and recommendations in the

R&R.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1989) (The relevant provision of the Federal Magistrates Act, 28 U.S.C. § 636(b)(1)(C), "does not on its face require any review at all . . . of any issue that is not the subject of an objection"); *Reyna-Tapia*, 328 F.3d at 1121 (same); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").

Nonetheless, the Court has reviewed the R&R and agrees with its findings and recommendations. The Court will therefore accept the R&R and adopt Judge Metcalf's recommendations.  *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."); Fed. R. Civ. P. 72(b)(3) (same).

Accordingly,

**IT IS ORDERED** that United States Magistrate Judge James F. Metcalf's February 8, 2024, Report and Recommendation (Doc. 90) is **ACCEPTED** and **ADOPTED** as the Order of this Court.

**IT IS FURTHER ORDERED** that Defendant Edward Carnes' Motion for Attorney Fees (Doc. 88) is **GRANTED**.  Defendant Edward Carnes is awarded $408.50 in attorney fees for expenses incurred in appearing at the show cause hearing.

Dated this 24th day of April, 2024.

Honorable Diane J. Humetewa
United States District Judge